■ KINGMAN BASSETT, Individually and as Trustee, Respondent-Appellant, v. ROBERT S. BASSETT et al., Appellants-Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Cross appeals from an order of Erie Special Term, denying defendants' motion for dismissal of plaintiff's complaint and for summary judgment, and denying plaintiff's motion for summary judgment.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY of Rochester, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents. GUSTAV ERBE, JR., et al., Individually and as Administrators C. T. A. of the Estate of FREDERICK G. ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents.— Order insofar as appealed from reversed, with $10 costs and disbursements, and the third ordering paragraph stricken from the order. Memorandum: In the exercise of a proper discretion this restriction should not have been placed upon the examination. All concur, except Goldman, J., who dissents and votes for affirmance upon the ground that the part of the order appealed from gives plaintiffs every reasonable right of examination under the circumstances and the limitation placed thereon by Special Term was a proper exercise of that court's discretion. (Appeal from part of an order of Monroe Special Term limiting the examination of a witness before trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. FRANK LAINO, Defendant.— Motion denied. All concur. (Proceeding for dismissal of indictment by Grand Jury of Oneida County. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crime of possession of cigarettes containing cannabis.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ HENRY M. ROSZYK, Respondent, v. HELEN M. ROSZYK, Appellant.— Interlocutory and final judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from interlocutory and final judgment of Cattaraugus Equity Term awarding plaintiff an absolute divorce, with custody of three minor children to defendant but with right of visitation to plaintiff, plaintiff to pay for the support of the children.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.